# DANKNER & MILSTEIN, P.C.

ATTORNEYS AT LAW

THE FULLER BUILDING
41 EAST 57TH STREET · 36TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE 212-751-8000 FACSIMILE 212-751-8091
website: www.danknermilstein.com

ABRAM I. BOHRER
MEMBER NEW YORK AND NEW JERSEY BARS
email: aib@danknermilstein.com

NEW JERSEY OFFICE

157 ENGLE STREET
ENGLEWOOD, NEW JERSEY 07631
TELEPHONE 201-569-1122
FACSIMILE 201-567-7809

February 13, 2008

*Via Fascimile*
212-805-7920

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

REC CHAMBERS OF
13 2008
SCHEINDLIN

Re: Hussein v. Societe Air France
Docket#: 08-CV-01999 (SAS)
         199

Dear Judge Scheindlin:

The undersigned represents the plaintiff in this action for bodily injury. I am in reciept of your Notice of Conference for Wednesday, February 20, 2008. Please be advised that service of process has not yet been effectuated on the defendant and as such I am respectfully requesting a brief adjournment of the initial case management conference.

I sincerely appreciate Your Honor's courtesies in this regard.

Respectfully submitted,

DANKNER & MILSTEIN, P.C.

By: _____
Abram I. Bohrer (AB4336)

AIB/mdb

*Plaintiff's request is granted. The conference previously scheduled for Feb. 20, 2008 is adjourned to March 17, 2008 at 4:30 p.m.*

*SO ORDERED.*

*Date: Feb 13, 2008*

*Shira A. Scheindlin, USDJ*

TOTAL P.02