# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

David Harrington
212 513 3512
david.harrington@hklaw.com





March 10, 2008

**VIA FACSIMILE**
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York, 10007

Re: Fathia Hussein v. Societe Air France (08 CV 0199)
Our File No.: 505902-00230

Your Honor:

We represent Defendant Societe Air France in the above-referenced matter. Pursuant to Your Honor's individual rules and procedures, Defendant writes to request an adjournment of the conference scheduled for March 17, 2008. I request this adjournment due to personal and professional commitments I made prior to the scheduling of the conference. Additionally, Defendant was not served until February 29, 2008 and has until March 20, 2008 to serve its answer. Plaintiff's counsel has given his consent to the adjournment.

For all of the foregoing reasons, Defendant respectfully requests a two week adjournment of the conference.

*Defendants' request is granted. The conference previously scheduled for Monday, March 17, 2008 is hereby adjourned to Monday, March 31, 2008, at 4:00 p.m.*

*SO ORDERED.*

*Shira A. Scheindlin*
*U.S.D.J.*

*Date: New York, New York*
*March 10, 2008*

Respectfully submitted,

David J. Harrington

cc: Abram I. Bohrer, Esq.

# 5189701_v1

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing• Caracas• Helsinki• Mexico City • Tel Aviv• Tokyo • *Representative Office