UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FATHIA HUSSEIN,<br><br>            Plaintiff,<br>v.<br><br>SOCIÉTÉ AIR FRANCE<br><br>            Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-CV-0199 (SAS) <br> ) <br> ) <br> ) <br> ) <br> ) |

### RULE 7.1 CERTIFICATE OF CORPORATE DISCLOSURE

I, David J. Harrington, counsel of record for Defendant Société Air France ("Air France"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Air France which have any outstanding securities in the hands of the public:

    1.    Air France-KLM Group

Dated:    New York, New York
              March 19, 2008

                                          Respectfully submitted,

                                          By:  _____
                                                    David J. Harrington
                                                    HOLLAND & KNIGHT LLP
                                                    195 Broadway
                                                    New York, NY 10007
                                                    (212) 513-3200 Phone
                                                    (212) 385-9010 Fax

                                                    *Counsel for Air France*

# 5206011_v1