UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                     :
FATHIA HUSSEIN,                                      :
                                                     :     ORDER OF
                    Plaintiff,                       :     DISCONTINUANCE
                                                     :
        -against-                                    :     08 Civ. 199 (SAS)
                                                     :
SOCIETE AIR FRANCE,                                  :
                                                     :
                    Defendant.                       :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          August 7, 2008

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/7/08]*

## - Appearances -

**For Plaintiff:**

Abram I. Bohrer, Esq.
Dankner & Milstein, P.C.
41 East 57th Street, 36 Floor
New York, NY 10022
(212) 751-8000

**For Defendant:**

David J. Harrington, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3512